**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CODY HELMERS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, KANSAS, et al.,<br><br>Defendant. | Case No. 26-1405-DDC-BGS |

**MEMORANDUM AND ORDER GRANTING**
**MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on Plaintiff Cody Helmers's Motion to Proceed Without Prepayment of Fees (Doc. 3). For the reasons explained below, the motion is granted.

Under 28 U.S.C. § 1915(a)(1), a federal court may authorize commencement of a civil action without prepayment of fees when the applicant's financial affidavit demonstrates an inability to pay. The decision to grant or deny leave to proceed in forma pauperis lies within the Court's discretion. *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). An applicant need not be absolutely destitute; the relevant inquiry is whether payment would prevent the applicant from providing himself and his dependents with the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Plaintiff reports no current income and no cash or funds in checking or savings accounts. Doc. 3 at 2; Doc. 3-1 at 1. He describes intermittent construction work and reports average income of approximately $1,125 per month from two projects in 2026. Doc. 3-1 at 1. His disclosed assets consist of a 2004 Chevrolet Avalanche valued at $3,500 and construction tools valued at $12,000. Doc. 3 at 2. He also identifies household expenses, explains that his fiancée helps support the household, and states that he provides daily care for his daughter. *Id.* Considering his limited and

irregular income, lack of liquid funds, disclosed assets, and household circumstances, the Court finds that Plaintiff cannot prepay the filing fee while meeting his basic needs.

The Court will separately screen the Complaint under 28 U.S.C. § 1915(e)(2). Summons and service will be withheld pending further order.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) is **GRANTED**. Plaintiff may proceed without prepayment of the filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall not issue summons and the U.S. Marshals Service shall withhold service on Defendants pending further order of the Court. The Clerk shall mail a copy of this Order to Plaintiff.

**IT IS SO ORDERED.**

Dated November 18, 2026, at Wichita, Kansas.

/s/ Brooks Severson
Brooks G. Severson
United States Magistrate Judge